No. 270.   SWIFT & Co. *v.* UNITED STATES; and

No. 271.   NATIONAL BISCUIT CO. ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *David R. Owen* for petitioner in No. 270.   *William L. Marbury* and *Fred E. Campbell* for petitioners in No. 271.   *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander, Marvin C. Taylor* and *Bernard Cedarbaum* for the United States.   *E. M. Norton* and *M. R. Garstang* filed a brief for the National Milk Producers Federation, as *amicus curiae,* in support of the petition for writ of certiorari.   Reported below: 257 F. 2d 787.

No. 277.   FIRST NATIONAL CITY BANK OF NEW YORK *v.* GILLILLAND ET AL., CONSTITUTING THE FOREIGN CLAIMS SETTLEMENT COMMISSION OF THE UNITED STATES, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *F. Gloyd Awalt, W. V. T. Justis* and *John A. Wilson* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondents.

No. 279.   MAGNOLIA PETROLEUM CO. *v.* CITIES SERVICE GAS CO. ET AL.   C. A. 10th Cir.   Certiorari denied.   *Frank C. Bolton, Jr., William S. Richardson* and *John E. McClure* for petitioner.   *Solicitor General Rankin* for the Federal Power Commission, and *Conrad C. Mount, O. R. Stites, Robert R. McCracken, Harry S. Littman* and *Jack Werner* for the Cities Service Gas Co., respondents.

No. 282.   THOMPSON *v.* FIDELITY & CASUALTY CO. OF NEW YORK.   Appellate Court of Illinois, Second District.   Certiorari denied.   Petitioner *pro se.*   *Charles A. Thomas* for respondent.